**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 97-20165
Summary Calendar**
_____

**JACKIE O. TEEL,**

**Plaintiff-Appellant,**

**versus**

**JAMES A. COLLINS, DIRECTOR TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,**

**Defendant-Appellee.**

**Appeal from the United States District Court
for the Southern District of Texas
(H-93-CV-3072)**

September 19, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Jackie O. Teel (TDCJ #611088) appeals the district court's dismissal, for failure to state a claim, of his civil rights complaint. We have reviewed the record and the briefs of the parties and find no reversible error. *See **Teel v. Collins***, No. H-93-3072 (S.D. Tex., Feb. 10, 1997).

*AFFIRMED*

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.